```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

      v.        Case No. 03-50016

JASON A. MARTINEZ                                           DEFENDANT

## ORDER

NOW on this 11th day of December, 2006, the above referenced matter comes on for consideration. Currently pending before the Court is the defendant's **Motion to Set Aside Probation** (document #39). Based upon the oral motion fo counsel for the defendant, it is the Court's understanding that the defendant now wishes to withdraw the pending motion. Therefore, the Court, being well and sufficiently advised, finds that the defendant's **Motion to Set Aside Probation** (document #39) should be, and it hereby is, **withdrawn** and **denied, as moot.**

    **IT IS SO ORDERED.**

```
                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT COURT
```